William Carter and others. C. H. Stoddard, for appellants. L. M. Isaacs, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FREES, Respondent, v. BERNSTEIN, Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) Action by Chauncey A. Frees against Sol. Bernstein. No opinion. Motion denied.

FREITAG, Appellant, v. VAN WELL, Respondent. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by William A. Freitag, an infant, etc., against Henry Van Well. No opinion. Motion denied, with $10 costs.

FRIEDEBERG et al., Appellants, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Theodor Friedeberg and another against the City of New York. D. H. Arnold, for appellants. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FRITH et al., Respondents, v. FRITH, Appellant. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Emerentiana Frith and another against Anna Frith, administratrix, etc. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs.

FRITH et al. v. PEOPLE'S TRUST CO. et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Emerentiana Frith and another against the People's Trust Company and Anna Frith, administratrix.

PER CURIAM. The Presiding Justice was entitled to vote as a sitting member of the court on the day of the argument, whether actually present during the entire argument or not. Code Civ. Proc. § 46. Motion for resettlement denied.

In re FROST. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) In the matter of the application of Ralph Aldom Frost for admission to the bar. No opinion. Application granted.

FUCHS v. SALADINO. THOMPSON v. STANDARD FASHION CO. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Gertrude Fuchs against Domenick Saladino and by Cora D. Thompson against the Standard Fashion Company. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 118 N. Y. Supp. 172.

FULLER et al., Respondents, v. O'KEEFE et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by William F. Fuller and James M. Fuller, individually and as executors, etc., and others, against Mary O'Keefe and another. No opinion. Judgment and order affirmed, with costs.

FULLER et al., Respondents, v. PHILIPPINE SUGAR ESTATES DEVELOPMENT CO., Limited, Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Action by Paul Fuller and others against the Philippine Sugar Estates Development Company, Limited. J. Halstead, for appellant. E. B. Whitney, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

FULTS, Appellant, v. MUNROE, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Kittie Fults against John C. Munroe. No opinion. Judgment affirmed, with costs.

FUNDA, Respondent, v. BETTS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Henry Funda against Samuel T. Betts and others. No opinion. Judgment affirmed, with costs.

GALIZIO, Respondent, v. McGUIRE, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Francisco Galizio, as administratrix, against Mary McGuire, impleaded. E. D. Blair, for appellant. A. D. Pape, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GALLAGHER v. GALLAGHER. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Patrick Gallagher against Mary Gallagher. No opinion. Motion granted. Settle order on notice.

GALLAGHER, Respondent, v. RUPPERT, Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Peter J. Gallagher, an infant, by Peter Gallagher, his guardian ad litem, against Jacob Ruppert. No opinion. Judgment and order unanimously affirmed, with costs.

GARVEY, Respondent, v. OLDBURY ELECTRO-CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Edward Garvey against the Oldbury Electro-Chemical Company. No opinion. Motion to dismiss appeal denied, with $10 costs.

GAULDIN, Respondent, v. UNDERWOOD, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Louisa Gauldin, as administratrix, etc., of William Gauldin, deceased, against John T. Un-

derwood. No opinion. Judgment and order unanimously affirmed, with costs.

GEARITY v. STRASBOURGER et al. DOLLARD v. KORONSKY. NEW YORK EDISON CO. v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Actions by Julia Gearity against Harry Strasbourger and others, by Albert H. Dollard against Benj. Koronsky, and by the New York Edison Company against the City of New York. No opinions. Motions denied, with $10 costs. Orders filed.

GEGENHEIMER, Respondent, v. SCHUELER, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Louis Gegenheimer against J. L. Emil Schueler. No opinion. Judgment of the Municipal Court affirmed, with costs.

GEIGER, Respondent, v. HANSEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by John Geiger against Charles J. Hansen and another.
JENKS, J. Motion to dismiss appeal denied. Let the case be presented to me for settlement.

GEISLER, Appellant, v. DAVID STEVENSON BREWING CO., Respondent. (Supreme Court, Appellate Division, First Department. June 4, 1909.) Action by Leopold Geisler, as administrator, against the David Stevenson Brewing Company. E. A. Alexander, for appellant. D. Campbell, for respondent. No opinion. Judgment affirmed, with costs, on 126 App. Div. 715, 111 N. Y. Supp. 56. Order filed.

In re GERMAN LEGAL AID ASS'N. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) In the matter of the application, pursuant to chapter 483 of the Laws of 1909, of the German Legal Aid Association, a corporation organized under the provisions of the membership corporation law, etc. No opinion. Let the articles of incorporation be submitted to the court.

GERMANSKY v. GUTERMAN. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Abraham Germansky against Louis H. Guterman. No opinion. Motion for stay granted. Settle order on notice.

GERMANSKY v. GUTERMAN. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Abraham Germansky against Louis H. Guterman. No opinion. Application granted. Order signed.

In re GERNON. (Supreme Court, Appellate Division, First Department. July 13, 1909.) In the matter of Henry J. Gernon, deceased. No opinion. Motion granted, with $10 costs. Memo. per curiam. Settle order on notice.

GIAMBALVO, Respondent, v. BREUL, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Santo Giambalvo against William Breul.
PER CURIAM. Judgment and order reversed, on authority of Citrone v. O'Rourke Engineering Const. Co., 188 N. Y. 339, 80 N. E. 1092, 19 L. R. A. (N. S.) 340, and new trial granted; costs to abide the event.
BURR, J., concurs in result. RICH, J., dissents.

GICK, Respondent, v. STUMPF, Appellant. (Supreme Court, Appellate Division, Third Department. September 15, 1909.) Action by Frank Gick, as executor of the last will and testament of Rosina Stumpf, deceased, against Frank Stumpf.
PER CURIAM. Judgment and order affirmed, with costs. See, also, 126 App. Div. 548, 110 N. Y. Supp. 712.
SMITH, P. J., dissents.

GIFFORD v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Edmund T. Gifford against the City of New York. No opinion. Motion denied, with $10 costs. Order filed.

GILL, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 13, 1909.) Action by Clayton E. Gill against the Erie Railroad Company. No opinion. Order modified, and, as modified, affirmed, without costs of this appeal to either party.

GILLETTE, Appellant, v. VILLAGE OF LARCHMONT et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Leon N. Gillette against the Village of Larchmont and others.
PER CURIAM. The questions involved in this case having become purely academic, the appeal from the judgment herein is dismissed, without costs.

GILPIN, Respondent, v. SAVAGE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Richard S. Gilpin against William M. Savage.
PER CURIAM. Judgment (60 Misc. Rep. 605, 112 N. Y. Supp. 802) affirmed, with costs.
KRUSE, J., dissents.

GIRLING, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Emma J. Girling against the City of New York.
PER CURIAM. There was evidence to support the verdict, and the question of its weight was not specifically raised. We think the ver-